IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| **ALHAJ M. SHARIF**, ) | Case No. 14-72333-JRS |
| ) | |
| Debtor. ) | |

### NOTICE OF HEARING ON FIRST INTERIM APPLICATION FOR CHAPTER 13 COMPENSATION OF THE ATTORNEYS-AT-LAW REPRESENTING THE DEBTOR

PLEASE TAKE NOTICE that a "FIRST INTERIM APPLICATION FOR CHAPTER 13 COMPENSATION OF THE ATTORNEYS-AT-LAW REPRESENTING THE DEBTOR" (the "Application") has been filed in the above case. Pursuant to the Application, the Court is requested to allow and award compensation to Jones & Walden, LLC, as follows:

(1) $10,530.00 representing fees; and
(2) $575.76 representing actual out-of-pocket expenses incurred on behalf of the Debtor.
(3) By virtue of this Application, the Law Firm is seeking a total award of $11,105.76. The Law Firm received a pre-petition payment of $4,200.00. Accordingly, the Law Firm's request under the Application would require Debtor to pay, or alternatively, the Chapter 13 Trustee to fund $6,905.76 to the Law Firm through and under the Plan.

PLEASE TAKE FURTHER NOTICE that the Court shall hold a hearing on the Application on the **23rd day of April, 2015, at 2:00 o'clock p.m. in Courtroom 1404, U. S. Courthouse, 75 Spring Street, SW, Atlanta, Georgia 30303.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, 75 Spring Street, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This 27th day of March, 2015.

**JONES & WALDEN, LLC**
/s/ Leon S. Jones
By: Leon S. Jones
Georgia Bar No. 003980
Attorney for Debtor
21 Eighth Street, NE
Atlanta, Georgia 30309

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 13 |
| **ALHAJ M. SHARIF**, | ) | Case No.  14-72333-JRS |
| | ) | |
| Debtor. | ) | |

**FIRST INTERIM APPLICATION FOR CHAPTER 13 COMPENSATION OF THE ATTORNEYS-AT-LAW REPRESENTING THE DEBTOR**

TO:   THE HONORABLE JAMES SACCA
      JUDGE, U.S. BANKRUPTCY COURT
      NORTHERN DISTRICT OF GEORGIA
      ATLANTA DIVISION

COMES NOW Jones & Walden, LLC (the "Law Firm"), the attorneys for the Debtor, and files this, its "FIRST INTERIM APPLICATION FOR CHAPTER 13 COMPENSATION OF THE ATTORNEYS-AT-LAW REPRESENTING THE DEBTOR" (the "Application"), and in support thereof respectfully shows as follows:

1.

The Law Firm makes its Application for the allowance of compensation for professional services rendered to the Debtor for the period of time from November 3, 2014, through March 25, 2015, pursuant to 11 U.S.C. §§ 330 and 331.  All services for which compensation is requested were performed on behalf of the Debtor and not on behalf of any other party, creditor, persons or party in interest.

2.

The Law Firm has had numerous conferences with the Debtor, creditors of the Debtor, and with attorneys for various creditors herein with reference to this case, and has filed numerous

pleadings and attended numerous hearings and has performed many other services necessary and proper to the administration of this estate.

3.

The time expended by the Law Firm and the work performed by the Law Firm, for the period for which this Application is made, is duly itemized and set forth in <u>Exhibit "A"</u> which is attached hereto and incorporated herein by this reference.

4.

The out-of-pocket expenses incurred by the Law Firm during the period for which this Application is made are duly itemized and set forth in <u>Exhibit "A"</u> which is attached hereto and incorporated by this reference. The copy costs reflected on <u>Exhibit "A"</u> are charged at the rate of $0.10 per page. The facsimile costs are charged at the rate of $1.00 per outgoing page. Out-of-pocket expenses represent the actual cost to the Law Firm.

5.

No agreement or understanding exists between the Law Firm and any other person for the sharing of compensation received or to be received for services rendered in connection with this case. The terms of the Law Firm's engagement and representation of the Debtor were on an hourly billing and not a set or flat fee basis.

6.

The agreement for fees between the Law Firm and Debtor is further evidenced by the Plan, provided for fees on an hourly basis. Specifically, the Plan provided, in part, as follows:

> Debtor and Debtor's attorney have further agreed that the Law Firm's services will not be provided to the Debtor on a flat-fee basis, but rather, will be performed on an hourly fee basis. As such, the amount of attorney's fees remaining to be paid in the case is undetermined. The Law firm shall maintain records of the time and expenses expended and incurred in connection with the case, based upon the customary and usual hourly rates of the attorneys of the firm. In the event that the fees for services performed by the Law Firm plus

expenses incurred on behalf of Debtor exceed the initial $4,200.00 attorney fee paid, the Law Firm may from time to time seek an award of additional compensation by filing an application with the Court.

7.

The Law Firm shows that it has expended a total of 43.70 hours in attorney time from November 3, 2014, through March 25, 2015, in the total amount of $10,530.00. The Law Firm shows that it has incurred a total of $575.76 in out-of-pocket expenses and advances in the course of such representation and has thereby earned a total of $11,105.76 pursuant to the above-referenced and heretofore disclosed compensation agreement. The Law Firm respectfully requests this Court to allow such sums as Chapter 13 compensation. The Law Firm requests that the Court award the Law Firm said amount and authorize Debtor or the Trustee to pay the award on the following basis. By virtue of this Application, the Law Firm is seeking fees and expenses in this case of $11,105.76. The Law Firm received a pre-petition payment of $4,200.00. Accordingly, the Law Firm's request under the Application would require Debtor to pay, or alternatively, the Trustee to fund $6,905.76 to the Law Firm through and under the Plan. The Law Firm requests that such payment be authorized.

8.

The Law Firm respectfully makes the following representations with regard to the 12-factor Johnson test:

(a)   Time and Labor Required:   The Law Firm has expended a total of 43.70 attorney hours from November 3, 2014, through March 25, 2015, at the following rates:

| Attorney(s) | Hourly Rate |
|---|---|
| Leon S. Jones | $350.00 |
| Leslie Pineyro | $300.00 |
| Tyler Henderson | $225.00-$250.00 |
| Monica L. Vining | $250.00 |
| Paul Owens | $250.00 |

        Amanda Rich (Paralegal)        $75.00

(b) <u>Novelty and Difficulty of Questions Presented</u>: The Chapter 13 reorganization case involves the effort to reorganize a business debtor. The Law Firm shows that the novelty and difficulty of questions presented are greater than those normally associated with an individual Chapter 13 bankruptcy case.

(c) <u>Skill Requisite to Perform Legal Services Properly</u>: The Law Firm respectfully represents that it has the skill requisite to perform legal services heretofore rendered in a proper fashion.

(d) <u>The Preclusion of Other Employment Due to Acceptance of the Case</u>: The Law Firm respectfully requests that the time expended by the Law Firm in connection with this case could have been devoted to matters being handled for other clients, but for the time demands placed upon the Law Firm by the Law Firm's involvement in this case.

(e) <u>Customary Fee for the Type of Services Rendered</u>: The Law Firm shows that all fees requested by the Law Firm were generated by applying the Law Firm's normal hourly billing rate to the number of hours actually expended. Such itemization is detailed on <u>Exhibit "A."</u> The Law Firm respectfully represents that the customary compensation for the attorney services in connection with a business bankruptcy case is upon an hourly billing basis.

(f) <u>Whether Fee is Fixed or Contingent</u>: The Law Firm's charges are subject to being awarded by this Court under 11 U.S.C. § 330. The Fee is thus not truly fixed or contingent but has some characteristics of both.

(g) <u>Time Limitations Imposed by Client or Other Circumstances</u>:  The Law Firm shows that many of the services rendered to the Debtor have been performed under exacting time limitations imposed by the nature of the case.

(h) <u>Amount Involved and Results Obtained</u>:  The Law Firm has handled a large number of routine and complex Chapter 13 issues on behalf of the Debtor.  The Law Firm has handled matters regarding the Debtor's unsecured and secured creditors.  The Law Firm has represented the Debtor throughout this bankruptcy case.

(i) <u>Experience, Reputation, and Ability of Attorneys</u>:  The Law Firm respectfully represents that it has had a significant amount of experience within the areas involved in this representation.

(j) <u>Undesirability of the Case</u>:  The Law Firm respectfully represents that this factor is not normally applicable to a Chapter 13 case.

(k) <u>Nature and Length of Professional Relationship with the Client</u>:  The Law Firm shows that it has represented the Debtor since November 2014.

(l) <u>Awards in Similar Cases</u>:  The Law Firm respectfully represents that its Application is in keeping with similar applications for Chapter 13 compensation filed by attorneys representing business Debtor in bankruptcy cases within this district.

WHEREFORE, the Law Firm prays that it be allowed and awarded Chapter 13 compensation as follows:

(1) $10,530.00 representing the Law Firm's fees generated for the Application Period;

(2) $575.76 representing the Law Firm's actual out-of-pocket expenses and advances incurred on behalf of the Debtor during that time period; and

(3)     By virtue of this Application, the Law Firm is seeking a total award of $11,105.76. The Law Firm received a pre-petition payment of $4,200.00. Accordingly, the Law Firm's request under the Application would require either Debtor to pay, or alternatively, the Trustee to fund $6,905.76 to the Law Firm. The Law Firm requests that such payment be authorized and directed as the Court deems appropriate.

RESPECTFULLY SUBMITTED this 27th day of March. 2015.

**JONES & WALDEN, LLC**

*/s/ Leon S. Jones*
By: Leon S. Jones
Georgia Bar No. 003980
Attorneys for Debtor
21 Eighth Street
Atlanta, Georgia 30309
(404) 564-9300

Exhibit "A"

**JONES & WALDEN, LLC**
**21 EIGHTH STREET NE**
**ATLANTA, GEORGIA 30309**
**404-564-9300**

|  |  |
|---|---|
| Alhaj Sharif | Page: 1 |
| 6238 Hays Drive | March 26, 2015 |
| Norcross  GA  30093 | Account No:    2124-00M |
|  | Statement No:    41146 |

Re: Chapter 13

Fees

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 11/03/2014 | | | | | |
|  | TWH | Conference with Al Haj Sharif re: Chp. 13 (.5) | 225.00 | 0.50 | 112.50 |
|  | LSJ | Review file; conf with client | 350.00 | 1.00 | 350.00 |
| 11/04/2014 | | | | | |
|  | TWH | Al Haj Sharif; Review schedules from prior case (.3); review file and prepare schedules (.7); meeting with clients to prepare schedules (1.6) | 225.00 | 2.60 | 585.00 |
|  | LSJ | Conference with client; prepare documents | 350.00 | 0.40 | 140.00 |
| 11/06/2014 | | | | | |
|  | TWH | Email to client re: meeting (.1); Review documents from client (.2); Prepare schedules and statement of financial affairs (.6) | 225.00 | 0.90 | 202.50 |
| 11/07/2014 | | | | | |
|  | TWH | Research and review judgment liens and pending cases (.2); e-mail to client re: copies of canceled checks (.1) | 225.00 | 0.30 | 67.50 |
| 11/10/2014 | | | | | |
|  | TWH | Prepare Chapter 13 Plan (1.1); edit schedules and statement of financial affairs (.3); meeting with client to finalize Schedules and Statement of Financial Affairs (1.3); prepare Pleas of Stay (.4); prepare strategy with MSV and edit Schedules (.4); telephone conf. with client re: Amended Schedules (.2) | 225.00 | 3.70 | 832.50 |
|  | AR | Finalize and file bankruptcy case | 75.00 | 0.40 | 30.00 |
|  | MLV | Review Schedules, Sofa, Means Test; conference with TH re: case strategy | 250.00 | 0.60 | 150.00 |
| 11/11/2014 | | | | | |
|  | TWH | Finalize Pleas of Stay - Halal Meat & Maya Ray Associates (.2); prepare pay stub affidavit (.2); edit Attorney Disclosure Statement (.1); edit Chapter 13 Plan (.3) | 225.00 | 0.80 | 180.00 |
|  | LSJ | Review petition and calendar deadlines (NO CHARGE) | 350.00 | | |
|  | MLV | Review Plan | 250.00 | 0.20 | 50.00 |
| 11/12/2014 | | | | | |
|  | TWH | Email to client re: Meeting of Creditors and Confirmation | | | |

Case 14-72333-jrs    Doc 28    Filed 03/27/15    Entered 03/27/15 15:57:12    Desc Main
Document    Page 10 of 17

Alhaj Sharif

Page: 2
March 26, 2015
Account No: 2124-00M
Statement No: 41146

Re: Chapter 13

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | LSJ | Hearing (.1); telephone conf. with Gul Joi (.1); e-mail to client with Pay Advices Affidavit and Chapter 13 plan (.2) | 225.00 | 0.40 | 90.00 |
| | | Review commencement notice; calendar events; review atty disclosure | 350.00 | 0.10 | 35.00 |
| 11/13/2014 | AR | Finalize and file affidavit re pay advices and Ch. 13 plan | 75.00 | 0.50 | 37.50 |
| 11/14/2014 | TWH | Telephone Conference with Kurt Hauser re: Halal Meat case (.1) | 225.00 | 0.10 | 22.50 |
| 11/18/2014 | TWH | Review packet from Trustee (.2); prepare questionnaire (.1); e-mail documents to client (.2) | 225.00 | 0.50 | 112.50 |
| 11/20/2014 | TWH | Conference with clients re: documents for Trustee (.3) | 225.00 | 0.30 | 67.50 |
| 11/23/2014 | LSJ | Review trustee re-set notice; calendar same (341 and confirmation) (NO CHARGE) | 350.00 | | |
| 11/30/2014 | TWH | Prepare questionnaire for Trustee (.3) | 225.00 | 0.30 | 67.50 |
| 12/04/2014 | TWH | Prepare questionnaire (.7); meeting with client to review questionnaire (.7) | 250.00 | 1.40 | 350.00 |
| 12/05/2014 | TWH | Telephone Conference with trustee (.1) | 250.00 | 0.10 | 25.00 |
| 12/08/2014 | TWH | Email to trustee re: business packet (.1) | 250.00 | 0.10 | 25.00 |
| 12/09/2014 | TWH | Telephone Conference with Jason Rogers (.1) | 250.00 | 0.10 | 25.00 |
| | LSJ | Email exchange with trustee re business reports | 350.00 | 0.10 | 35.00 |
| 12/12/2014 | TWH | Telephone Conference with client re: Creditor Notices (.1) | 250.00 | 0.10 | 25.00 |
| 12/30/2014 | TWH | Email to client re: 341 meeting and preparation (.2) | 250.00 | 0.20 | 50.00 |
| 01/05/2015 | TWH | Telephone Conference with client's representative re: 341 meeting (.1) | 250.00 | 0.10 | 25.00 |
| 01/06/2015 | TWH | Telephone Conference with trustee re: 341 meeting (.1); email to client's representative re: language preference for 341 (.1) | 250.00 | 0.20 | 50.00 |

Case 14-72333-jrs    Doc 28    Filed 03/27/15    Entered 03/27/15 15:57:12    Desc Main
Document    Page 11 of 17

Alhaj Sharif

Page: 3
March 26, 2015
Account No:   2124-00M
Statement No:   41146

Re: Chapter 13

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 01/07/2015 | | | | | |
| | TWH | Telephone Conference with Jason Rogers re: 341 (.2) | 250.00 | 0.20 | 50.00 |
| 01/09/2015 | | | | | |
| | TWH | Prepare for 341 meeting (.6); travel to and attend 341 with client (2.2); prepare Plea of Stay for Yasin suit (.3) | 250.00 | 3.10 | 775.00 |
| | LMP | Prepare with TH (.1) | 300.00 | 0.10 | 30.00 |
| 01/12/2015 | | | | | |
| | TWH | Email to client re: amended schedules (.3); telephone conf. with Chp 13 Trustee (.2) | 250.00 | 0.50 | 125.00 |
| 01/15/2015 | | | | | |
| | AR | Prepare client for Financial Mgmt Course | 75.00 | 0.20 | 15.00 |
| | LSJ | Conference with TH re status and strategy (NO CHARGE) | 350.00 | | |
| 01/19/2015 | | | | | |
| | TWH | Telephone Conference with Jay re: Meeting (.1); email to Jay re: Trustee's objection (.5); amend Plan, schedules and Form 22C (.4) | 250.00 | 1.00 | 250.00 |
| 01/20/2015 | | | | | |
| | TWH | Telephone Conference with Jay Gul (Sharif's associate) (.1) | 250.00 | 0.10 | 25.00 |
| 01/21/2015 | | | | | |
| | TWH | Telephone Conference with Jay re: meeting with Client (.2); prepare Cash Flow Statement for November 2014 (.5) | 250.00 | 0.70 | 175.00 |
| 01/22/2015 | | | | | |
| | TWH | Prepare Motion to Avoid Judgment Lien of Mohammad Yasin (1.1); prepare Motion to Avoid Judgment Lien of Sanaur Rahman (.5) | 250.00 | 1.60 | 400.00 |
| 01/23/2015 | | | | | |
| | TWH | Prepare and amend Motion to Avoid Judgment Lien of Sanaur Rahman (.3); revise Yasin Motion (.2) | 250.00 | 0.50 | 125.00 |
| 01/26/2015 | | | | | |
| | TWH | Conference with client re: additional documents requested by Chp 13 Trustee (.5); review documents from client (.2) | 250.00 | 0.70 | 175.00 |
| | AR | Prepare and file financial mgmt certificate | 75.00 | 0.20 | 15.00 |
| 01/28/2015 | | | | | |
| | TWH | Email to Chp 13 Trustee re: resetting confirmation hearing and sending documents (.2) | 250.00 | 0.20 | 50.00 |
| | AR | Prepare docs for Trustee | 75.00 | 0.30 | 22.50 |
| 01/30/2015 | | | | | |
| | TWH | Telephone Conference with Jason Rogers re: confirmation (.1) | 250.00 | 0.10 | 25.00 |
| 02/04/2015 | | | | | |
| | TWH | Review new documents from client (.4); prepare and amend Statement of Current Monthly Income with new information from Debtor (.5); correspondence with Debtor's friend Jay re: | | | |

Case 14-72333-jrs    Doc 28    Filed 03/27/15    Entered 03/27/15 15:57:12    Desc Main
Document      Page 12 of 17

Alhaj Sharif

Page: 4
March 26, 2015
Account No: 2124-00M
Statement No: 41146

Re: Chapter 13

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | hearing and questions re: income (.2); reconcile personal bank statements with corporate statements (.2) | 250.00 | 1.30 | 325.00 |
| 02/05/2015 | TWH | Prepare amended schedules, statement of CMI and statement of financial affairs (.4); meeting with client to review amended and revised documents (.3); attend Confirmation Hearing (1.3); meeting with client to review and sign amended documents (.3) | 250.00 | 2.30 | 575.00 |
| 02/09/2015 | LSJ | Review docket and confirmation re-set; calendar same | 350.00 | 0.10 | 35.00 |
| 02/16/2015 | TWH | Correspondence to Client's associate re: status (.1) | 250.00 | 0.10 | 25.00 |
| 02/17/2015 | TWH | Email to client re: document delivery (.1); prepare affidavit for client's girlfriend re: mortgage payment (.3); amend Chapter 13 Plan - tax refund provisions (.1); meeting with client to discuss cash flow reports and sign amended schedules (.4); review receipts and documents from client (.6); email to client re: discrepancy between cash flow stmt and bank stmts (.1) | 250.00 | 1.60 | 400.00 |
| 02/18/2015 | AR | Prepare amendment for filing | 75.00 | 0.40 | 30.00 |
| | TWH | Telephone Conference with Janat Gul (.1); email to client re: discrepancy between bank statements and cash flow report (.2) | 250.00 | 0.30 | 75.00 |
| 02/19/2015 | TWH | Review proofs of claim (.2); legal research re: judgment against incorrect surname and objection to proof of claim (.2) | 250.00 | 0.40 | 100.00 |
| 02/20/2015 | TWH | Prepare amended Cash Flow reports for November and December (.7); prepare Cash Flow Report for January (.3); prepare document package for Trustee (.2); email to Trustee with new documents (.2) | 250.00 | 1.40 | 350.00 |
| 02/25/2015 | TWH | Review objection to Chp 13 Plan (.2); legal research re: secured status (.2) | 250.00 | 0.40 | 100.00 |
| 02/26/2015 | TWH | Review Proof of Claim from David Whitridge re: Associated Credit Union (.1); legal research re: treatment in Chapter 13 plan and stay relief as to vehicle only (.2); email to client re: vehicle (.1); email to Whitridge re: stay relief (.1) | 250.00 | 0.50 | 125.00 |
| | MLV | Conference with TH re: Automobile Claim, Plan and Stay | 250.00 | 0.20 | 50.00 |
| 03/01/2015 | LSJ | Review MRAS (Assoc CU) and calendar hearing | 350.00 | 0.10 | 35.00 |

Case 14-72333-jrs    Doc 28    Filed 03/27/15    Entered 03/27/15 15:57:12    Desc Main
Document    Page 13 of 17

Alhaj Sharif                                                                                    Page: 5
                                                                                           March 26, 2015
                                                                              Account No:      2124-00M
                                                                              Statement No:        41146
     Re: Chapter 13

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 03/05/2015 | | | | | |
| | TWH | Telephone Conference with Jay Gul (.1); review supplemental objection from Trustee and schedules (.3) | 250.00 | 0.40 | 100.00 |
| 03/06/2015 | | | | | |
| | LSJ | Review notice of re-set; calendar same (Assoc CU MRAS) | 350.00 | 0.10 | 35.00 |
| 03/10/2015 | | | | | |
| | TWH | Telephone Conference with Jason Rogers re: Objections and Hearing (.2); correspondence with Debtor re: meeting on Friday (.1) | 250.00 | 0.30 | 75.00 |
| 03/12/2015 | | | | | |
| | LSJ | Conference with TH re hearing | 350.00 | 0.10 | 35.00 |
| | TWH | Travel to and attend hearing on confirmation and request reset, status conference with Court re: objecting creditors - Rahman, Yasin and Baig (2.0) | 250.00 | 2.00 | 500.00 |
| | LPO | Attend confirmation hearing (continued) | 250.00 | 2.30 | 575.00 |
| 03/13/2015 | | | | | |
| | LSJ | Review docket; re-set confirmation hearing; calendar same | 350.00 | 0.10 | 35.00 |
| | TWH | Conference with client re: February Cash Flow report, hearing on confirmation (.5) | 250.00 | 0.50 | 125.00 |
| 03/16/2015 | | | | | |
| | TWH | Email to client re: bank statements for February cash flow report (.1); amend Schedule C, I and J (.3); amend Chapter 13 Plan (.6); email to client with Amended Schedules and Plan (.1); email to David Whitridge re: co-debtor's vehicle (.1) | 250.00 | 1.20 | 300.00 |
| 03/18/2015 | | | | | |
| | TWH | Email to client re: MFS (.1) | 250.00 | 0.10 | 25.00 |
| 03/19/2015 | | | | | |
| | TWH | Prepare strategy re: POC Deadline and amended plan (.2) | 250.00 | 0.20 | 50.00 |
| | MLV | Review docket, claims register and amendments | 250.00 | 0.40 | 100.00 |
| 03/24/2015 | | | | | |
| | TWH | Review | 250.00 | 0.30 | 75.00 |
| 03/25/2015 | | | | | |
| | TWH | Prepare summary of proofs of claim (.3); amend Chapter 13 Plan (.3); legal research re: damages in NC case (.2); telephone conf. with Kurt Hausler re: claim amendment (.1); telephone conf. with JPMorgan Chase re: car claim (.2) | 250.00 | 1.10 | 275.00 |
| | | For Current Services Rendered | | 43.70 | 10,530.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Leon S. Jones | 2.10 | $350.00 | $735.00 |
| Monica Vining | 1.40 | 250.00 | 350.00 |
| Paul Owens | 2.30 | 250.00 | 575.00 |

Case 14-72333-jrs    Doc 28    Filed 03/27/15    Entered 03/27/15 15:57:12    Desc Main
Document      Page 14 of 17

Alhaj Sharif

Page: 6
March 26, 2015
Account No: 2124-00M
Statement No: 41146

Re: Chapter 13

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Leslie Pineyro | 0.10 | 300.00 | 30.00 |
| Amanda Rich | 2.00 | 75.00 | 150.00 |
| Tyler W. Henderson | 35.80 | 242.74 | 8,690.00 |

### Expenses

| Date | Description | Amount |
|---|---|---:|
| 11/10/2014 | Filing fee for Chapter 13 | 310.00 |
| 11/11/2014 | Postage (4 @ .48) (1 @ $1.40) | 3.32 |
| 11/11/2014 | Federal Express | 13.14 |
| 12/01/2014 | Electronic Court System -  pages billed | 6.90 |
| 12/01/2014 | Online legal research | 115.25 |
| 12/04/2014 | Postage (1 @ $5.32) | 5.32 |
| 01/01/2015 | Electronic Court System -  pages billed | 0.10 |
| 01/09/2015 | Postage (3 @ .48) (1 @ .69) | 2.13 |
| 01/09/2015 | Parking | 40.00 |
| 02/01/2015 | Online legal research | 12.50 |
| 02/05/2015 | Parking | 3.00 |
| 02/18/2015 | Filing fee for Amended Schedule F | 30.00 |
| 02/18/2015 | Postage (4 @ .90) | 3.60 |
| 03/01/2015 | Online legal research | 12.50 |
| 03/12/2015 | Parking | 15.00 |
| 03/12/2015 | Parking | 3.00 |
| | Total Expenses | 575.76 |
| | Total Current Work | 11,105.76 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                           )
                                                 )   Chapter 13
**ALHAJ M. SHARIF**,                             )   Case No.  14-72333-JRS
                                                 )
        Debtor.                                  )

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served a copy of the foregoing Notice of Hearing and the foregoing Application on the parties reflected below and that I have caused to be served a copy of the foregoing Notice of Hearing only on all parties referenced on the attached mailing matrix by depositing a copy of same in the United States Mail, postage prepaid.

| | |
|---|---|
| Adam M. Goodman, 13 Trustee<br>260 Peachtree Street<br>Suite 200<br>Atlanta, GA 30303 | Office of the United States Trustee<br>362 Richard B. Russell Federal Building<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303 |

Alhaj Mohammad Sharif
6238 Hayes Drive
Norcross, GA 30093

This 27th day of March, 2015.

**JONES & WALDEN, LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Attorneys for Debtor
21 Eighth Street
Atlanta, Georgia 30309
(404) 564-9300

```
Label Matrix for local noticing          American InfoSource LP as agent for      Associated Credit Union
113E-1                                   First Data Global Leasing                 Credit Union Services Dept
Case 14-72333-jrs                        PO Box 248838                             6251 Crooked Creek Rd
Northern District of Georgia             Oklahoma City, OK  73124-8838             Norcross, GA 30092-3107
Atlanta
Thu Mar 26 14:59:39 EDT 2015

                                         CERASTES, LLC                             Chase Auto Finance
                                         C O WEINSTEIN & RILEY, PS                 P.O. Box 901037
                                         2001 WESTERN AVENUE, STE 400              Fort Worth, TX 76101-2037
                                         SEATTLE, WA 98121-3132


Credit One Bank                          Department Stores National Bank/Macys    First Premier Bank
P.O. Box 98873                           Bankruptcy Processing                     P.O. Box 5519
Las Vegas, NV 89193-8873                 Po Box 8053                               Sioux Falls, SD 57117-5519
                                         Mason, OH 45040-8053




Halal Meat Slaughter House,Inc                                                     JPMorgan Chase Bank N.A.
c/o Kurt F. Hausler                                                                National Bankruptcy Department
225 E. Wothington Ave., Suite 200                                                  P.O.Box 29505 AZ1-1191
Charlotte, NC 28203-4886                                                           Phoenix , AZ 85038-9505



LVNV Funding, LLC its successors and assigns   Lyle Iqbal
assignee of FNBM, LLC                    5110 U.S. Hwy 41
Resurgent Capital Services               Jasper, FL 32052
PO Box 10587
Greenville, SC 29603-0587


Maya & Ray Associates Inc.               Mohamed Ajmal                             Mohammad Yasin
8925 Moor Park Run                       72 Timber Ridge Dr.                       884 Harbins Road
Duluth, GA 30097-6622                    Cartersville, GA 30121-2262               Lilburn GA 30047-5821



Mohammad Yasin                           Premier Bankcard, Llc.                    Raheel K. Baig
c/o Kenneth Sokolov                      c o Jefferson Capital Systems LLC         964 Dickens Road NW
5855 Sandy Springs Cir,Ste 300           Po Box 7999                               Lilburn, GA 30047-7117
Atlanta, GA 30328-6275                   Saint Cloud Mn 56302-7999



Sanaur Rahman                            Select Portfolio Servicing, In
894 Six Oaks Circle                      PO Box 65250
Apt. A                                   Salt Lake City, UT 84165-0250
Norcross, GA 30093-3983



Splendour Enterprises Inc.               Syed Mansoor                              Tariq Javed
4771 Britt Road                          681 Pathwood Lane                         3375 Spring Hill Parkway
Suite E5 & E6                            Stockbridge, GA 30281-7788                Smyrna, GA 30080-8697
Norcross, GA 30093
```

Tariq Javed
631 Campbell Hill Street NW
Marietta, GA 30060-1390

Wayne Coker
5675 S. Apple Valley Road
Jefferson, GA 30549-6057

David C. Whitridge
Thompson, O'Brien, Kemp & Nasuti, PC
Suite 300
40 Technology Parkway South
Norcross, GA 30092-2924