

**IT IS ORDERED as set forth below:**

**Date: May 26, 2015**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | **Chapter 13** |
| **ALHAJ M. SHARIF,** ) | **Case No. 14-72333-JRS** |
| ) | |
| **Debtor.** ) | |

**ORDER ON FIRST INTERIM APPLICATION FOR CHAPTER 13 COMPENSATION
OF THE ATTORNEYS-AT-LAW REPRESENTING THE DEBTOR**

On March 27, 2015, Jones & Walden, LLC (the "Law Firm") filed its "FIRST INTERIM APPLICATION FOR CHAPTER 13 COMPENSATION OF THE ATTORNEYS-AT-LAW REPRESENTING THE DEBTOR" (the "Application"). The docket reflects a certificate of service stating that a copy of the Notice of Hearing on the Application was served upon all parties-in-interest. A hearing was held on May 21, 2015, at 2:00 p.m. Leon S. Jones appeared on behalf of the Law Firm. Jason L. Rogers appeared

on behalf of the Chapter 13 Trustee ("Trustee"). The Court has determined that the Applicant is entitled to certain relief. Accordingly, it is

ORDERED AND ADJUDGED that the Law Firm has rendered valuable legal services to the estate of the Debtor and is hereby allowed and awarded $10,530.00 as compensation for said services; and it is further

ORDERED AND ADJUDGED that the Law Firm has disbursed $575.76 for reasonable and necessary expenses incurred in connection with the above-referenced legal services and is hereby allowed and awarded reimbursement from the Debtor for such expenditures in that amount; and it is

FURTHER ORDERED AND ADJUDGED that the Law Firm's application of the $4,200.00 pre-petition payment to the awarded fees and expenses is approved, and the Chapter 13 Trustee is authorized and directed to fund the $6,905.76 balance of this award to the Law Firm through and under the Plan, but it is further provided that the Trustee is authorized and directed to pay the $6,905.76 award at the rate of $100.00 (a set payment) per month until further order of the Court.

**END OF DOCUMENT**

This Order Prepared and Presented by:        This Order Read and Approved by:

**JONES & WALDEN, LLC**

*/s/ Leon S. Jones*                    */s/ Jason L. Rogers*
Leon S. Jones                          Jason L. Rogers
Georgia Bar No. 003890                 GA Bar No. 142575
Attorneys for Debtor                   Staff Attorney for Chapter 13 Trustee
21 Eighth Street, NE                   260 Peachtree Street, Suite 200
Atlanta, Georgia 30309                 Atlanta, Georgia 30303
(404) 564-9300                         678-510-1444

## **DISTRIBUTION LIST**

Leon S. Jones
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Alhaj Mohammad Sharif
6238 Hayes Drive
Norcross, GA 30093

United States Trustee's Office
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Adam M. Goodman, 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, GA 30303